# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Albert Bowman,

    Petitioner,

Case No.: 16-cv-646 (SRN/SER)

v.

**ORDER**

Loretta E. Lynch, Jeh Johnson, Peter B. Berg, Warden of Immigration Detention Facility, and Jim Olson,

    Respondents.

---

Albert Bowman, *Pro Se*, A #078-780-502, Chaska, Minnesota.

Ana H. Voss and D. Gerald Wilhelm, Esqs., United States Attorney's Office, Minneapolis, Minnesota, for Respondents.

---

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Albert Bowman's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Sec. 2241 [Doc. No. 1] is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

Dated: October 21, 2016

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge